Abbott Laboratories *v.* Breggar, Appellant.

Argued January 21, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

108

*Wilbur Greenberg*, with him *Charles M. Golden*, and *Miller, Pincus & Greenberg*, for appellants.

*Francis Hopkinson*, with him *Morris R. Brooke*, and *Drinker, Biddle & Reath*, for appellee.

OPINION PER CURIAM, March 26, 1964:

In *Olin Mathieson Chemical Corp. v. White Cross Stores, Inc.*, 414 Pa. 95, 199 A. 2d 266 (1964), we held that the Pennsylvania Fair Trade Act, as applied to non-signers of price maintenance contracts, is unconstitutional. That decision is dispositive of the instant appeals.

Decrees reversed. Each party to pay own costs.

Mr. Chief Justice BELL and Mr. Justice JONES dissent.